IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 09-74-01** |
| **JONATHAN BATTLES** | : | |

### ORDER

**AND NOW,** this 10th day of January 2012, upon consideration of Defendant's post-trial motions, the responses thereto, and after hearings on the motions, **it is hereby ORDERED** that:

1. The Motion for Relief from Verdict [Doc. No. 92] is **DENIED**;

2. The Motion to Set Aside Verdict [Doc. No. 120] is **DENIED**; and

3. The Motion for Extension of Time for Continued Hearing on Withheld Brady Evidence [Doc. No. 148] is **DISMISSED AS MOOT**, as the hearings have been held and any requested continuances granted.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**